UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FERNANDA ZULUAGA SPELL,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>Respondents. | Case No. 5:26-cv-03270 ADS<br><br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On June 12, 2026, Petitioner Maria Fernanda Zuluaga Spell, proceeding through counsel, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition"). (Dkt. No. 1.) Petitioner seeks immediate release from immigration detention. (Id. at 22.) On June 18, 2026, Respondents filed an Answer to the Petition,

stating that "Respondents are not presenting any opposition argument at this time." (Dkt. No. 9 at 2.)  As such, the Petition is unopposed.[1]

Based on Respondents' non-opposition, and for the reasons set forth in the Petition, the unopposed Petition is granted.  Respondents shall immediately release Petitioner Maria Fernanda Zuluaga Spell (A# 240-249-602).  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  June 23, 2026

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

---

[1] "In our adversarial system of adjudication, we follow the principle of party presentation" meaning that "in both civil and criminal cases, in the first instance and on appeal . . . we rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present."  United States v. Sineneng-Smith, 590 U.S. 371, 375 (2020) (citation modified).  Further, "as a general rule, our system is designed around the premise that [parties represented by competent counsel] know what is best for them, and are responsible for advancing the facts and argument entitling them to relief."  Id. at 375–76 (citation modified).