JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA FERNANDA ZULUAGA SPELL, | Case No. 5:26-cv-03270 ADS |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| JAMES JANECKA, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.


Dated:  June 23, 2026                        _____/s/ Autumn D. Spaeth_____
                                             THE HONORABLE AUTUMN D. SPAETH
                                             United States Magistrate Judge